■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN RIVERA, Appellant. — Appeal from order, Supreme Court, Bronx County (J. Cohen, J.), entered on August 28, 1981, unanimously dismissed as nonappealable on the

ground that leave was improvidently granted. (CPL 450.10, 450.15.) No opinion. Concur — Carro, J. P., Markewich, Lupiano, Bloom and Asch, JJ.